## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| King Dan Rives and | ) | Case No. 15-03653 |
| Marydel Hart Nelson, | ) | (Chapter 13) |
| | ) | |
| Debtors. | ) | |

### NOTICE OF MOTION FOR RELIEF FROM STAY

**TO:** Debtors, Attorney for the Debtors, Trustee and Other Parties in Interest

TAKE NOTICE that Daniel and Delancy McAuley (hereinafter collectively "Movant"), by and through counsel, has filed an application or motion seeking an Order for Relief from the Automatic Stay provided by 11 U.S.C. § 362(a). A copy of the application or motion accompanies this Notice.

TAKE FURTHER NOTICE that any response, including objection, to the relief requested in the attached application or motion, should be filed with the Clerk of the Bankruptcy Court within fourteen (14) days of the date of this Notice and a copy served on the attorney identified below and upon other parties as required by law or court order. Any response shall clearly identify the specific motion or application to which the response is directed. If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the deadline set forth herein.

TAKE FURTHER NOTICE that if a response and a request for a hearing are filed by the Debtors, Trustee, or other parties in interest named herein in writing within the time indicated, a hearing will be conducted on the Motion and response thereto at a date, time and place to be later set by this Court and all interested parties will be notified accordingly. If no request for a hearing is timely filed, the Court may rule on the Motion and response thereto *ex parte* without further notice.

This the 17th day of August, 2015.

/s/ Annie D. Ellison
Annie D. Ellison, NCSB # 45629
**BROWNLEE LAW FIRM, PLLC**
4020 WestChase Blvd., Suite 530
Raleigh, North Carolina 27607
Telephone: 919.863.4305
Facsimile: 919.863.4315

## **CERTIFICATE OF SERVICE**

I, Annie D. Ellison, of the Brownlee Law Firm, PLLC, hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that I have this day served the foregoing **Notice of Motion for Relief from Stay** upon the following parties by depositing a copy of the same in an envelope and depositing the same with the US Postal Service addressed as follows:

> **Debtor**
> **King Dan Rives**
> **6213 Remington Lake Drive**
> **Raleigh, North Carolina 27616**
>
> **Debtor**
> **Marydel Hart Nelson a/k/a Marydel Rives**
> **6213 Remington Lake Drive**
> **Raleigh, North Carolina 27616**
>
> **Bankruptcy Attorney**
> **Teresa Welk**
> **Welk Law Office, PC**
> **812 Salem Woods Drive, Suite 102**
> **Raleigh, North Carolina 27615**
>
> **Bankruptcy Trustee**
> **John F. Logan**
> **Office of the Chapter 13 Trustee**
> **P.O. Box 61039**
> **Raleigh, North Carolina 27661**

I certify under penalty of perjury that the foregoing is true and correct.

This the 17th day of August, 2015.

> /s/ Annie D. Ellison
> Annie D. Ellison, NCSB # 45629
> **BROWNLEE LAW FIRM, PLLC**
> 4020 WestChase Blvd., Suite 530
> Raleigh, North Carolina 27607
> Telephone:  919.863.4305
> Facsimile:  919.863.4315