UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

In re:
**KING AND MARYDEL RIVES**                     CASE NO.:   15-03653-5-SWH
                                                CHAPTER:   13

6213 Remington Lake Drive
Raleigh, NC 27616
        Debtors.
_____/

## VERIFICATION

    I declare under penalty of perjury that the documents referenced below that were previously filed in this case are true and correct to the best of my knowledge, information, and belief.

    Title of Documents:   Amended Summary of Schedules,
                                Amended Schedule F

    Date Filed:   August 21, 2015

Dated:  August 21, 2015

/s/ King Rives
Debtor

/s/ Marydel Rives
Joint Debtor (if applicable)