**VAN–063** Order Dismissing Case – Rev. 03–11–2003

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
King Dan Rives
6213 Remington Lake Dr.
Raleigh, NC 27616

CASE NO.: 15–03653–5–SWH

DATE FILED: July 2, 2015

CHAPTER: 13

Marydel Hart Rives
6213 Remington Lake Dr.
Raleigh, NC 27616

ORDER OF DISMISSAL

The court finds that King Dan Rives and Marydel Hart Rives has/have failed to comply with the provisions of the confirmed chapter 13 plan or to obtain confirmation of a plan. Cause exists to dismiss this case as to this debtor(s). Should King Dan Rives and Marydel Hart Rives file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay. Now therefore,

IT IS ORDERED that this case is dismissed as to King Dan Rives and Marydel Hart Rives and all funds held by the trustee shall be disbursed to the appropriate parties as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the local rules of this court.

DATED: October 15, 2015

Stephani W. Humrickhouse
United States Bankruptcy Judge