UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN RE:

KING DAN RIVES AND MARYDEL HART RIVES

CHAPTER 13
CASE NO. 15-03653-5-SWH

## NOTICE TO TRUSTEE OF DISALLOWED CLAIM

PLEASE TAKE NOTICE that pursuant to the Order Establishing Procedure to Restrict Public Access to Certain Claims Pursuant to 11 U.S.C. § 107 and Bankruptcy Rule 9037 (Doc 5) and a corresponding order sealing access to the herein-referenced claim, entered in Miscellaneous Proceeding No. 15-00004-5-SWH, claim number 4 filed by WakeMed and/or WakeMed Physician Practices ("WakeMed") has been deemed disallowed. This claim was deemed disallowed effective February 5, 2016.

If disbursements have been made by the Trustee to WakeMed on its Claim Number 4, please notify counsel for WakeMed of the amount disbursed as of the date of this Notice. Notification should be made to counsel within 45 days of the date of service of this Notice. Notification and questions should be directed to Kristen P. Miller, Poyner Spruill LLP, 3993 Sunset Avenue, Rocky Mount, North Carolina 27804 or via email to kmiller@poynerspruill.com. If the Trustee advises WakeMed that amounts were disbursed and are subject to return to the Trustee, WakeMed shall have thirty days from the date it receives demand from the Trustee to return the funds to the Trustee.

CERTIFICATE OF SERVICE

I, the undersigned, of Poyner Spruill LLP, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on this day, the foregoing Notice to Trustee of Disallowed Claim was served by electronic means through the court's CM/ECF service on:

John F. Logan, Esq.
Chapter 13 Trustee

Dated: March 11, 2016

By:
POYNER SPRUILL LLP

/s/ Kristen P. Miller
NC State Bar Number 38440
Attorneys for WakeMed and WakeMed Physician Practices
Post Office Box 353
Rocky Mount, North Carolina 27802-0353
Telephone: (252) 446-2341